429 A.2d 93

Elder, Appellant v. Elder.

 Sub-
mitted April 16, 1980. Claude V. Falkenhan, for appellant;
W. E. Buchko, for appellee.

Before CAVANAUGH, HOFFMAN, and VAN der
VOORT, JJ.

Appeal dismissed.